ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY shy         DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHARLES EDWARD NANGLE,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGELA CASERES, et al.,<br><br>    Defendants. | Case No. EDCV 12-00801 JVS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the purported § 1983 claims in the first amended complaint are dismissed without leave to amend, and the remaining state claims are dismissed without prejudice.

DATED: July 19, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE